THE PEOPLE OF THE STATE OF NEW YORK ex rel. BRAEBURN ASSOCIATION, Appellant, *v.* WILLIAM H. HANKING et al., Constituting the Board of Assessors of the Town of Clarkstown, County of Rockland, Respondents.

*People ex rel. Braeburn Assn.* v. *Hanking,* 154 App. Div. 679, affirmed.
(Argued February 24, 1913; decided March 11, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 20, 1913, which reversed an order of Special Term setting aside an assessment upon personal property of relator for purposes of taxation and modified the assessment.

*D-Cady Herrick* and *Gervase Green* for appellant.

*George A. Blauvelt* and *Joseph A. Warren* for respondents.

Order affirmed, with costs, on opinion of CARR, J., below.
Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.